# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1413
_____

David L. Young, Sr.

*Plaintiff - Appellant*

v.

Waynesville R-VI School District; Judene Blackburn; Jon W. Oetinger; Thomas
Elliott; Emma Clark; Marie Freeman; Darrel Vaughan

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: July 29, 2013
Filed: August 7, 2013
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

David L. Young, Sr. appeals from the district court's[1] dismissal, with prejudice,
of his employment-discrimination action as time-barred. He challenges the dismissal

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western
District of Missouri.

of his complaint and the denial of his motion for appointed counsel. Upon careful review, *see Strand v. Diversified Collection Serv., Inc.*, 380 F.3d 316, 317 (8th Cir. 2004) (grant of motion to dismiss reviewed de novo); *Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998) (denial of request for appointed counsel reviewed for abuse of discretion), this court finds no basis for reversal and affirms the judgment of the district court. *See* 8th Cir. R. 47B.

_____